UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANIEL SANTOS,

Petitioner,

v.

EDWARD J. SILVA,

Respondent.

Case No. 1:26-cv-05603-KES-FJS (HC)

ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED

(ECF No. 8)

THIRTY (30) DAY DEADLINE

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 21, 2026, Respondent filed a motion to dismiss. (Doc. 8) Petitioner did not file an opposition to the motion. Petitioner's opposition or statement of non-opposition was due on or before October 12, 2026. Pursuant to Local Rule 230(l), "[f]ailure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion. . . ." Petitioner will be permitted one final opportunity to show cause why this action should not be dismissed with prejudice.

Accordingly, it is HEREBY ORDERED that Petitioner shall show cause by WRITTEN RESPONSE within thirty (30) days of service of this order why the failure to oppose Respondent's September 21, 2026, motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion. Petitioner may comply with the court's order by filing an

opposition or statement of non-opposition to Respondent's September 21, 2026, motion to dismiss. Petitioner is warned that failure to comply with the instant order, or to file an opposition to the pending motion to dismiss, will result in a recommendation of dismissal of this action.

IT IS SO ORDERED.

Dated: **October 27, 2026**

UNITED STATES MAGISTRATE JUDGE